IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | |
| Richard L. Kinkead, Jr. | ) | Case No. 19-21678 GLT |
| Jaime Kinkead, | ) | Chapter 7 |
| | ) | Document No. |
| Debtors | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, come the Debtors, Richard and Jaime Kinkead, by and through their attorney Lauren M. Lamb, and Steidl & Steinberg, Attorneys at Law and respectfully represents as follows:

1. At the time of filing, the Debtors had a mailing address of 1401 Imperial Drive Aliquippa, PA 15001.
2. The Debtors since changed their mailing address to 2505 Woodbine Road, Aliquippa PA 15001

WHEREFORE, the Debtors respectfully file this Notice of Change of Address.

Respectfully submitted,

March 23, 2021
DATE

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
PA ID #209201